# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

TIMOTHY T. WILCOX,      )
     )
     Petitioner,      )
     )
     v.      )   2:17-cv-00313-JDL
     )
RANDALL LIBERTY,      )
     )
     Respondent.      )

## ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed his Recommended Decision on Timothy T. Wilcox's Petition pursuant to 28 U.S.C.A. § 2254 (ECF No. 12) on May 8, 2018, pursuant to 28 U.S.C.A. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). The Petitioner filed an Objection to the Recommended Decision on May 23, 2018 (ECF No. 13).

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record and have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision. I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge (ECF No. 12) is hereby **ACCEPTED**, and the Petitioner's 28 U.S.C.A. § 2254 Petition (ECF No. 1) is **DISMISSED**. It is further **ORDERED** that no certificate of

appealability should issue in the event the Petitioner files a notice of appeal because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C.A. § 2253(c)(2).

**SO ORDERED.**

**Dated this 19th day of June, 2018.**

_____/s/ JON D. LEVY_____
**U.S. DISTRICT JUDGE**